**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 29 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAIME ENRIQUE DELGADO-GOMEZ, Petitioner, v. MERRICK B. GARLAND, Attorney General, Respondent. | Nos. 14-72241 20-71652 Agency No. A088-757-899 ORDER |

On Petitions for Review of Orders of the
Board of Immigration Appeals

Submitted June 24, 2021[*]

Before: GRABER, FRIEDLAND, and BENNETT, Circuit Judges.

Petitioner's motion to dismiss, Docket No. 31, is GRANTED. Fed. R. App. P. 42(b).

The memorandum disposition filed on June 28, 2021, is vacated. All pending motions are denied as moot. This order shall serve as the mandate of this court.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).